# AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT | Index # 24-CV-003037<br>EASTERN DISTRICT OF NEW YORK |

---

CALEEL+HAYDEN, LLC etc,

                                                     Plaintiff

                     Against

                                                     Defendant

LY BERDITCHEV CORP.,

---

STATE OF NEW YORK
COUNTY OF ALBANY

**Robert Wells,** being duly sworn, deposes and says that he/she is over the age of eighteen(18) years; that on **5/7/2024** at the office of the Secretary of State, of the State of New York in the City of Albany, New York he/she served the **Summons & Complaint with Notice of Report of Filing a Trademark Complaint** annexed on **LY BERDITCHEV CORP.,**

Defendant in this action, by delivering to and leave with **Nancy Dougherty** an authorized agent in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00 dollars. That said service was made pursuant to Section **306**, Business Corporation Law.

Deponent further says that he/she knew the person so served **Nancy Dougherty** as aforesaid to be an authorized agent in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he/she describes the person actually served as follows:

Sex: Female  Skin Color: White  Hair Color: Brown   Age (approx) 60  Height (approx) 5'1  Weight (approx) 115

Other Identifying Features:  Glasses

                                                                         Robert Wells

I Affirm on this date, **5/7/2024**
Under penalties of perjury under the laws of
New York, which may include a fine or
Imprisonment, that the forgoing is true, and
I understand that this document may be filed
In an action or proceeding in a court of law.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| CALEEL+HAYDEN, LLC d/b/a GLO SKIN BEAUTY, <br><br> *Plaintiff(s)* <br> v. <br> LY BERDITCHEV CORP. <br><br> *Defendant(s)* | Civil Action No.  24-cv-3037 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LY Berditchev Co.
95 High Street
Passaic, NJ, 07055


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   K&L Gates LLP
Thomas A. Warns, Esq.
599 Lexington Avenue
New York, New York 10022-6030
Email: tom.warns@klgates.com
Tel:  212-536-3900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 04/24/2024



*Cynthia Valera*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: